Page ____ of ____

United States District Court
For The Northern District Of New York

Case No.: 5:23-mj-428

Date: 8/7/2023

Presiding Judge: Lovric

(~~) Plaintiff~~ Govt    ( ) Defendant    ( ) Court

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| 1 | 8/7/2023 | 8/7/2023 | | Rizvanovich | Photograph from Jan 6 |
| 2 | ↓ | ↓ | | ↓ | Bochene arrest warrant |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Exhibits Returned To Counsel (Date): _____

Signature: _____ 8/7/23