UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

        v.                                      5:23-MJ-0428-ML

ERIC BOCHENE,
                Defendant.

_____

MIROSLAV LOVRIC, United States Magistrate Judge

## ORDER OF DETENTION

An on-the-record, in person, detention hearing was held on August 7, 2023. During that proceeding, the Government moved for detention. The Government called one witness and produced two exhibits. The Court heard arguments from the Government and from Pro Se Defendant Bochene. The Court issued its decision and provided a detailed recitation of its reasoning on the record. The Court ordered Defendant detained.

**ACCORDINGLY**, it is

**ORDERED**, that pursuant to 18 U.S.C. §§ 3141-3143, Defendant shall be detained in the custody of the U.S. Marshal's Service.

Dated: August 7, 2023
       Binghamton, New York

Miroslav Lovric
U.S. Magistrate Judge
N.D.N.Y.